UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VINCENTE ANTONIO MONROE,

    Plaintiff,

v.                                                              CASE NO. 8:14-cv-2380-T-23TBM

CAROLYN W. COLVIN,

    Defendant.
_____/

## **ORDER**

      A June 21, 2016 report (Doc. 19) recommends affirming the Commissioner's decision. The *pro se* plaintiff objects (Doc. 20) to the report and recommendation. A *de novo* determination of the portions of the report and recommendation to which the plaintiff objects reveals that the objections are either unfounded or unpersuasive. Accordingly, the plaintiff's objection (Doc. 20) is **OVERRULED**, and the report and recommendation (Doc. 19) is **ADOPTED**. Under the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's decision is **AFFIRMED**. The clerk is directed (1) to enter judgment in favor of the Commissioner and against the plaintiff, (2) to terminate any pending motion, and (3) to close the case.

      ORDERED in Tampa, Florida, on July 7, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE